*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                519017
_____

In the Matter of CHRISTOPHER
    FRANKO,
                    Appellant,

        v                              MEMORANDUM AND ORDER

DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION,
    BOARD OF PAROLE,
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Peters, P.J., McCarthy, Egan Jr. and Clark, JJ.

                    _____


        Christopher Franko, Dannemora, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Victor
Paladino of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Ellis, J.),
entered March 24, 2014 in Clinton County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent denying
petitioner's request for parole release.

        Petitioner commenced this CPLR article 78 proceeding
challenging a December 2012 determination of respondent that
denied his request for parole and ordered his next appearance in
24 months.  He now appeals from Supreme Court's dismissal of the
petition.  The Attorney General has advised this Court that
petitioner reappeared before respondent in December 2014 and was
again denied parole release.  Accordingly, the appeal is now moot
and must be dismissed (see Matter of Mance v Evans, 119 AD3d

1316, 1316 [2014]).

Peters, P.J., McCarthy, Egan Jr. and Clark, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court